**ANDERSEN LAW FIRM, LTD.**
Ryan A. Andersen, Esq.
Nevada Bar No. 12321
101 Convention Center Drive
Suite 600
Las Vegas, Nevada 89109
Email: *randersen@andersenlawlv.com*
Phone: 702-522-1992
Fax:    702-825-2824

*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| PAUL IACOVACCI, | Case No. 2:17-cv-00148-MMD-NJK |
| Plaintiff, | |
| v. | |
| ROBERT W. NOKLEY, SR., an individual; NOKLEY GROUP, LLC, a Nevada limited liability company; DOE DEFENDANTS I THROUGH X; and ROE CORPORATIONS XI THROUGH XX, | **ORDER GRANTING MOTION TO UNSEAL PLEADINGS** |
| Defendants. | |

This Court, having reviewed and considered the *Motion to Unseal Pleadings* ("Motion"), filed by Paul Iacovacci ("Plaintiff"), having further reviewed the Stipulation and Order on Settlement ("Settlement"), ECF No. 27, and the affidavit of Ryan A. Andersen, Esq. ("Affidavit"), ECF No. 31, and for other good cause shown:

**THE COURT HEREBY FINDS THAT:**

1. Defendants breached the terms of the Settlement as detailed in the Affidavit.
2. The Court has entered a Confession of Judgment. ECF No. 35.

//

//

//

**THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:**

1. Plaintiff's Motion to Unseal Pleadings is hereby **GRANTED** and the sealed docket entries as follows: (i) Complaint, ECF No. 1; (ii) Emergency Motion for Temporary Restraining Order, ECF No. 4; (iii) Motion for Preliminary Injunction, ECF No. 6; and (iv) Affidavit of Paul Iacovacci, ECF No. 7, shall be unsealed.

**IT IS SO ORDERED this** 4th **day of May, 2017.**

_____
DISTRICT COURT JUDGE

Prepared and submitted by:

**ANDERSEN LAW FIRM, LTD.**

/s/ Ryan A. Andersen
Ryan A. Andersen, Esq.
Nevada Bar No. 12321
101 Convention Center Drive
Suite 600
Las Vegas, Nevada 89109