# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| PAUL IACOVACCI, | Case No. 2:17-cv-00148-MMD-NJK |
| Plaintiff(s), | ORDER |
| vs. | |
| ROBERT W. NOKLEY, SR., et al., | (Docket No. 57) |
| Defendant(s). | |

Pending before the Court is a motion to quash a subpoena, filed and served on August 22, 2017. Docket No. 57. To date, no response has been filed. Accordingly, the motion to quash is hereby GRANTED as unopposed. *See* Local Rule 7-2(d).

IT IS SO ORDERED.

DATED: September 11, 2017

_____
NANCY J. KOPPE
United States Magistrate Judge