# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | | |
|---|---|---|
| PAUL IACOVACCI, | ) | |
| Plaintiff(s), | ) | Case No. 2:17-cv-00148-MMD-NJK |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| ROBERT W. NOKLEY, SR., et al., | ) | (Docket No. 59) |
| | ) | |
| Defendant(s). | ) | |

Pending before the Court is a motion to quash a subpoena, filed and served on September 12, 2017. Docket No. 59. To date, no response has been filed. Accordingly, the motion to quash is hereby GRANTED as unopposed. *See* Local Rule 7-2(d).

IT IS SO ORDERED.

DATED: October 13, 2017

_____
NANCY J. KOPPE
United States Magistrate Judge