**ANDERSEN LAW FIRM, LTD.**
Ryan A. Andersen, Esq.
Nevada Bar No. 12321
101 Convention Center Drive
Suite 600
Las Vegas, Nevada 89109
Email: *randersen@andersenlawlv.com*
Phone: 702-522-1992
Fax:    702-825-2824

*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| PAUL IACOVACCI,<br><br>Plaintiff,<br>v.<br><br>ROBERT W. NOKLEY, SR., an individual; NOKLEY GROUP, LLC, a Nevada limited liability company; DOE DEFENDANTS I THROUGH X; and ROE CORPORATIONS XI THROUGH XX,<br><br>Defendants. | Case No. 2:17-cv-00148-MMD-NJK<br><br>**STIPULATION AND ORDER REGARDING CLAIM OF EXEMPTION** |

Plaintiff PAUL IACOVACCI ("Plaintiff"), on the one hand, and Defendants ROBERT W. NOKLEY, SR. ("Defendant"), on the other hand, hereby stipulate and agree to the resolution of Defendant's *Claim of Exemption from Execution* ("Claim of Exemption"), ECF No. 53, according to the terms and conditions set forth herein.

The Parties' Stipulation is made with reference to the following representations:

1.   On May 3, 2017, this Court entered an Order approving the Confession of Judgment executed by Defendant and filed by Plaintiff, in the principal amount of $200,000.  ECF No. 35.

2. On May 31, 2017, this Court granted Plaintiff an Amended Writ of Execution, authorizing the seizure of the Defendant's personal property to satisfy Plaintiff's judgment. ECF No. 48.

3. Or July 21, 2017, the Laughlin Constable served the writ of execution at Defendant's primary residence and levied on certain of the Defendant's personal property assets ("Property") at that time.

4. On August 2, 2017, Defendant timely filed his Claim of Exemption pursuant to NRS 21.112, asserting that all the Property seized was exempt under Nevada law. ECF No. 53.

5. On August 16, 2017, Plaintiff timely filed its Objection ("Objection to Exemption"), asserting that Plaintiff's claimed exemptions were inappropriate as unsupported by evidence and because the claim of exemption did not include a complete listing of Defendant's property. ECF No. 54.

6. On December 19, 2017, the Court entered an order scheduling a hearing on the Claim of Exemption for 3:30 p.m. on January 4, 2018.

7. Thereafter, the Parties engaged in discussions concerning the instant stipulation, which stipulation will resolve of all issues presented by the Claim of Exemption and the Objection to Exemption.

NOW THEREFORE, in consideration of the foregoing recitals, and for other good and valuable consideration, the receipt and sufficiency of which is acknowledged, the Parties stipulate and agree as follows:

8. <u>Personal Financial Statement</u>. Defendant shall complete the Financial Disclosure attached hereto as **Exhibit 1**, and will verify the accuracy of such Financial Disclosure under penalty of perjury. Defendant will provide the completed Financial Disclosure to Andersen Law Firm, Ltd., within seven days of executing this Stipulation.

9. <u>Release of Property</u>. After the Financial Disclosure has been provided to Andersen Law Firm, Ltd., the Office of the Laughlin Constable is authorized to

release all of the Property to Defendant. Plaintiff will be responsible for all storage fees associated with the Property through entry of an order approving this Stipulation, and Defendant will be responsible for all storage fees associated with the Property after entry of an order approving this Stipulation.

10. <u>Hearing Vacated</u>. The Parties agree that the hearing on the Claim of Exemption currently scheduled for 3:30 p.m. on January 4, 2018, shall be vacated.

STIPULATED AND AGREED TO BY:

Dated: January 2, 2018

By: /s/ Ryan A. Andersen
Ryan A. Andersen, Esq.
Nevada Bar No. 12321
**ANDERSEN LAW FIRM, LTD.**
101 Convention Center Drive
Suite 600
Las Vegas, Nevada 89109

*Attorney for Plaintiff*

Dated: January 2, 2018

By: _____
Robert W. Nokley, Sr.

*In Proper Person*

### ORDER

The Court has reviewed the Stipulation and finds the relief requested appropriate under the circumstances.

**NOW THEREFORE**, good cause appearing:

**IT IS HEREBY ORDERED** that the Stipulation is **APPROVED** in its entirety.

DATED this __3rd__ day of January, 2018.

_____
United States Magistrate Judge

# EXHIBIT 1

# EXHIBIT 1

# EXHIBIT 1

# ROBERT W. NOKLEY, SR.
# FINANCIAL DISCLOSURE

**ADDRESS HISTORY** (Identify residences for the last 10 years and approximate dates.)

CURRENT ADDRESS:

PREVIOUS ADDRESSES:

**BUSINESS AFFILIATIONS** (Identify any companies for the last 5 years in which you have been an officer, director or incorporator, or have owned more than 5% of the company and ownership interest.)

1. COMPANY:

2. COMPANY:

3. COMPANY:

4. COMPANY:

5. COMPANY:

6. COMPANY:

7. COMPANY:

**ASSET SUMMARY AND CREDIT INFORMATION** (See following pages.)

TOTAL ASSETS:

TOTAL LIABILITIES:

NET WORTH:

**SIGNATURE**

I, Robert W. Nokley, Sr., represent and warrant, under penalty of perjury, that the information provided herein is accurate and complete as of the date below.

_____        _____
**SIGNATURE**                                                                          **DATE**

# PERSONAL FINANCIAL STATEMENT

**Assets**

| | |
|---|---|
| Cash – on hand | $ |
| Cash – checking accounts | $ |
| Cash – savings accounts | $ |
| Certificates of deposit | $ |
| Securities – stocks / bonds / mutual funds | $ |
| Notes & contracts receivables | $ |
| Life Insurance (cash surrender value) | $ |
| Personal property (autos, jewelry, etc.) | $ |
| Retirement funds (e.g., IRAs, 401K) | $ |
| Real estate (market value) | $ |
| Other assets (specify) | $ |
| Other assets (specify) | $ |
| **Total Assets** | $ |

**Liabilities**

| | |
|---|---|
| Current debt (credit cards, accounts) | $ |
| Notes payable (describe below) | $ |
| Taxes Payable | $ |
| Real estate mortgages (specify) | $ |
| Other liabilities (specify) | $ |
| Other liabilities (specify) | $ |
| **Total Liabilities** | $ |

| | |
|---|---|
| **Total Net Worth** | $ |

**ASSETS – DETAILS**
**Add additional lines or pages as necessary**

| Checking Accounts, Savings Accounts, CDs (Bank & Account Nos.) | Amount |
|---|---|
| | |
| | |
| | |
| Totals: | |

| Securities (Brokerage Co. & Account Nos.) | # Shares | Mkt. Value |
|---|---|---|
| | | |
| | | |
| | | |
| Totals: | | |

| Life Insurance (Company & Policy Nos.) | Amt. | Date | Balance |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| Totals: | | | |

| Ownership in Private Companies | # Shares | Cost | Date Acq. | Mkt. Value |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| Totals: | | | | |

| Real Estate | Cost | Date Acq. | Mkt. Value |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| Totals: | | | |

| Notes and Contracts Held | Orig. Amt. | Orig. Date | Mo. Pmt. | Maturity | Purpose | Balance |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| Totals: | | | | | | |

## LIABILITIES – DETAILS
Add additional lines or pages as necessary

| Credit & Charge Card Debt | Balance |
|---|---|
| | |
| | |
| | |
| Totals: | |

| Notes Payable | Orig. Amt. | Mo. Pmt. | % Rate | Sec. By | Balance |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| Totals: | | | | | |

| Mortgages / Real Estate Notes Payable | Orig. Amt. | Mo. Pmt. | % Rate | Sec. By | Balance |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| Totals: | | | | | |